1545

FILED
FEB 24 2026
CLERK U.S. DISTRICT COURT
WEST DIST OF PENNSYLVANIA

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal No. 26-35 |
| ) | |
| v. ) | 18 U.S.C. § 922(g)(1) |
| ) | |
| DONTAE DEVERO ) | |

## INDICTMENT

### COUNT ONE

The grand jury charges:

On or about December 23, 2025, in the Western District of Pennsylvania, the defendant, DONTAE DEVERO, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, namely:

1. Carrying a Concealed Firearm in case number 16-2009-CF-3292-AXXX-MA in the Circuit Court, Fourth Judicial Circuit, in and for Duval County, Florida, on or about September 17, 2009;

2. Grand Theft Auto, in case number 16-2009-CF-010632-AXXX-MA in the Circuit Court, Fourth Judicial Circuit, in and for Duval County, Florida, on or about September 17, 2009;

3. Possession of Cocaine, in case number 16-2010-CF-003355-AXXX-MA, in the Circuit Court, Fourth Judicial Circuit, in and for Duval County, Florida, on or about April 20, 2010;

4. Count One, Possession of Cocaine, Count Two, Possession with Intent to Sell Cannabis, in case number 16-2011-CF-005533-AXXX-MA, in the Circuit Court, Fourth Judicial Circuit, in and for Duval County, Florida, on or about September 19, 2011;

5. Conspiracy to Distribute 28 Grams or More of Cocaine Base, in case number 3:13-cr-00012, in the United States District Court for the Middle District of Florida,

Jacksonville Division, on or about September 12, 2013;

knowingly possessed, in and affecting interstate commerce, a firearm and ammunition, to wit: a Glock 37, Gen 4, 9mm, pistol, a 38 Special Smith and Wesson revolver pistol containing an obliterated serial number, 9mm ammunition, and .38 ammunition.

      In violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATIONS

The United States hereby gives notice to the defendant charged in Count One that, upon his conviction of such offense, the government will seek forfeiture in accordance with Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), which requires any person convicted of such offense to forfeit to the United States of America any and all firearms and ammunition involved in and used in the knowing commission of the offense, including, but not limited to: a Glock 37, Gen 4, 9mm, pistol bearing serial #RUP775, a 38 Special Smith and Wesson revolver pistol containing an obliterated serial number, 9mm ammunition, and .38 ammunition.

A True Bill,

_____
FOREPERSON

_____
TROY RIVETTI
United States Attorney
PA ID No. 56816

_____
R. CHASE STELZER
Assistant United States Attorney
PA ID No. 324075